UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PARMINDER K. TOOR, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) 1:25-cv-00912-JMS-MJD |
| vs. | ) |
| | ) |
| DUANE L. WARD, JR. and BRYAN TRUCK LINE, INC., | ) |
| | ) |
| *Defendants*. | ) |

**ORDER**

Plaintiff has filed an Amended Complaint in which he alleges that this Court has diversity jurisdiction over this matter, and Defendants have now filed an Answer. [Filing No. 18.] Defendant Bryan Truck Line, Inc. ("Bryan Truck Line") has also filed a Rule 7.1 Disclosure Statement. [Filing No. 19.] The Court addresses two issues stemming from these filings.

**I.**
**ANSWER TO AMENDED COMPLAINT**

While Plaintiff's Amended Complaint properly pleads factual allegations supporting the existence of diversity jurisdiction, Defendants' Answer is without sufficient information or knowledge to either admit or deny Plaintiff's allegation that the amount in controversy is in excess of $75,000, exclusive of costs and interests. [Filing No. 18 at 3.] This leaves the Court unable to determine whether the facts upon which diversity jurisdiction is based are disputed, and a federal court always has a responsibility to ensure that it has jurisdiction. *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009).

Accordingly, in order for the Court to determine whether it has diversity jurisdiction over this matter, the parties are **ORDERED** to conduct whatever investigation is necessary and file a

joint jurisdictional statement by **July 29, 2025**, properly setting forth each party's citizenship and whether the amount in controversy exceeds $75,000, exclusive of interest and costs. If agreement cannot be reached on the contents of a joint jurisdictional statement, competing statements must be filed by that date.

## II.
### BRYAN TRUCK LINE'S RULE 7.1 DISCLOSURE STATEMENT

Bryan Truck Line has filed a Rule 7.1 Disclosure Statement, but it does not provide its citizenship in accordance with Rule 7.1. Federal Rule of Civil Procedure 7.1(a)(2) provides:

> In an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor:
>
> (A) when the action is filed in or removed to federal court, and
>
> (B) when any later event occurs that could affect the court's jurisdiction under §1332(a).

Bryan Truck Line is **ORDERED** to file an Amended Rule 7.1 Disclosure Statement by **July 29, 2025**, which adequately sets forth its citizenship.

Date: 7/14/2025

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**