UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PARMINDER K. TOOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:25-cv-00912-JMS-MJD |
| | ) |
| DUANE L. WARD, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

By order dated September 4, 2025, [Dkt. 36], the Undersigned set a telephonic hearing in this case for September 17, 2025, on counsel for Plaintiff Parminder K. Toor's Motion to Withdraw Appearance, [Dkt. 35].  Plaintiff Parminder K. Toor failed to appear for that hearing as ordered.

The Court then issued an Order to Show Cause that ordered Plaintiff Parminder K. Toor to appear, in person, on October 8, 2025, to show cause why she should not be sanctioned for her failure to comply with the order to appear at the September 17, 2025 hearing.  [Dkt. 40.]  The Order further provided: "**Parminder K. Toor is hereby advised that, if she again fails to appear for the show cause hearing, the Court will recommend the dismissal of this case for her repeated failure to comply with the Court's orders**."  [*Id.* (emphasis in original).] Plaintiff Parminder K. Toor again did not appear for the hearing as ordered.

Given Plaintiff's failure to comply with multiple orders to appear, the Undersigned believes that dismissal of this case pursuant to Federal Rule of Civil Procedure 41(b) is appropriate. Accordingly, the Undersigned **RECOMMENDS** that this case be dismissed, with prejudice.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

SO ORDERED.

Dated: 9 OCT 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana


Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.

And via U.S. Mail to:

Parminder K. Toor
19 Ranchero Drive
Brampton, Ontario
L7A3C7
Canada

And via email to:

pindertoor88@gmail.com