UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PARMINDER K. TOOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00912-JMS-MJD |
| | ) | |
| DUANE L. WARD, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

On October 9, 2025, Magistrate Judge Dinsmore recommended that this action be dismissed with prejudice for Plaintiff Parminder Toor's failure to comply with the Court's orders. Dkt. [42.]  There has not been any objection to the report and recommendation.  The Court adopts Magistrate Judge Dinsmore's report and recommendation, Dkt. [42], in its entirety. This action is dismissed with prejudice pursuant to Rule 41(b).  The clerk is directed to enter final judgment consistent with this order.

SO ORDERED.

Date: 10/31/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Parminder K. Toor
19 Ranchero Drive
Brampton, Ontario L7A3C7
pindertoor88@gmail.com